Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ERNEST GOTTDIENER, derivatively and on : 
behalf of Nominal Defendant, TARRAGON :
CORPORATION, :
                                                        Plaintiff, :
                                                             v. :
:
WILLIAM S. FRIEDMAN, ROBERT P. :
ROTHENBERG, WILLIE K. DAVIS, LANCE :
LIEBMAN, LAWRENCE G. SCHAFRAN, :
RAYMOND V.J. SCHRAG, CARL B. :
WEISBROD, RICHARD S. FRARY, MARTHA :
E. STARK, ROBERT C. ROHDIE and ERIN D. :
PICKENS, :
:
                                                Defendants, :
:
TARRAGON CORPORATION, :
:
                                   Nominal Defendant. :
------------------------------------------------------------ X

Case No. 07 Civ 9436 (PKC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendants William S. Friedman, Robert P. Rothenberg, Lance Liebman, Lawrence G. Schafran,

4253350v1

Raymond V. J. Schrag, Carl B. Weisbrod, Richard S. Frary, Martha E. Stark, Robert C. Rohdie, and Erin Davis Pickens, and to nominal defendant Tarragon Corporation.

Dated: New York, New York
      January 17, 2008

                                     CURTIS, MALLET-PREVOST,
                                     COLT & MOSLE LLP

                        By: _____
                                 Eliot Lauer
                                 Theresa A. Foudy
                                 Daniel R. Marcus
                                 101 Park Avenue
                                 New York, New York  10178-0061
                                 Tel:  (212) 696-6000
                                 Fax:  (212) 697-1559

                                 Attorneys for Defendants

4253350v1