Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
    & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

ERNEST GOTTDIENER, derivatively and on
behalf of Nominal Defendant, TARRAGON
CORPORATION,

                          Plaintiff,

                        v.

WILLIAM S. FRIEDMAN, ROBERT P.
ROTHENBERG, WILLIE K. DAVIS, LANCE
LIEBMAN, LAWRENCE G. SCHAFRAN,
RAYMOND V.J. SCHRAG, CARL B.
WEISBROD, RICHARD S. FRARY, MARTHA
E. STARK, ROBERT C. ROHDIE and ERIN D.
PICKENS,

                        Defendants,

TARRAGON CORPORATION,

                        Nominal Defendant.

----------------------------------------------------------- X

Case No. 07 Civ 9436 (PKC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to

defendants William S. Friedman, Robert P. Rothenberg, Lance Liebman, Lawrence G. Schafran,

Raymond V. J. Schrag, Carl B. Weisbrod, Richard S. Frary, Martha E. Stark, Robert C. Rohdie, and Erin Davis Pickens, and to nominal defendant Tarragon Corporation.

Dated: New York, New York
       January 17, 2008

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: _____
       Eliot Lauer
       Theresa A. Foudy
       Daniel R. Marcus
       101 Park Avenue
       New York, New York  10178-0061
       Tel:  (212) 696-6000
       Fax:  (212) 697-1559

       Attorneys for Defendants

-2-

4253350v1