Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

ERNEST GOTTDIENER, derivatively and on behalf of Nominal Defendant, TARRAGON CORPORATION,

            Plaintiff,

            v.

WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG, WILLIE K. DAVIS, LANCE LIEBMAN, LAWRENCE G. SCHAFRAN, RAYMOND V.J. SCHRAG, CARL B. WEISBROD, RICHARD S. FRARY, MARTHA E. STARK, ROBERT C. ROHDIE and ERIN D. PICKENS,

            Defendants,

TARRAGON CORPORATION,

            Nominal Defendant.

--------------------------------------------------------------- X

Case No. 07 Civ 9436 (PKC)

## **CORPORATE DISCLOSURE STATEMENT OF TARRAGON CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Tarragon Corporation, the Nominal Defendant in this derivative action, hereby discloses that it has no

4253445v1

parent corporation and no publicly held corporation holds 10% or more of the stock of Tarragon Corporation.

Dated: New York, New York
January 17, 2008

                    CURTIS, MALLET-PREVOST,
                    COLT & MOSLE LLP

By: _____
     Eliot Lauer
     Theresa A. Foudy
     Daniel R. Marcus
     101 Park Avenue
     New York, New York 10178-0061
     Tel: (212) 696-6000
     Fax: (212) 697-1559

Attorneys for Defendants

-2-

4253445v1