Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ERNEST GOTTDIENER, derivatively and on
behalf of Nominal Defendant, TARRAGON
CORPORATION,

            Plaintiff,

            v.

WILLIAM S. FRIEDMAN, ROBERT P.
ROTHENBERG, WILLIE K. DAVIS, LANCE
LIEBMAN, LAWRENCE G. SCHAFRAN,
RAYMOND V.J. SCHRAG, CARL B.
WEISBROD, RICHARD S. FRARY, MARTHA
E. STARK, ROBERT C. ROHDIE and ERIN D.
PICKENS,

            Defendants,

TARRAGON CORPORATION,

            Nominal Defendant.

------------------------------------------------------------- X

Case No. 07 Civ 9436 (PKC)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to

defendant Willie K. Davis.

4253350v1

Dated: New York, New York
        February 4, 2008

                              CURTIS, MALLET-PREVOST,
                              COLT & MOSLE LLP

                              By: _____ / DRM
                                  Eliot Lauer
                                  Theresa A. Foudy
                                  Daniel R. Marcus
                                  101 Park Avenue
                                  New York, New York  10178-0061
                                  Tel:  (212) 696-6000
                                  Fax:  (212) 697-1559

                                  Attorneys for Defendants

-2-

4253350v1