Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ERNEST GOTTDIENER, derivatively and on
behalf of Nominal Defendant, TARRAGON
CORPORATION,

          Plaintiff,

          v.

WILLIAM S. FRIEDMAN, ROBERT P.
ROTHENBERG, WILLIE K. DAVIS, LANCE
LIEBMAN, LAWRENCE G. SCHAFRAN,
RAYMOND V.J. SCHRAG, CARL B.
WEISBROD, RICHARD S. FRARY, MARTHA
E. STARK, ROBERT C. ROHDIE and ERIN D.
PICKENS,

          Defendants,

TARRAGON CORPORATION,

          Nominal Defendant.
---------------------------------------------------------- X

Case No. 07 Civ 9436 (PKC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendant Willie K. Davis.

4253350v1

-2-

Dated: New York, New York
       February 4, 2008

                            CURTIS, MALLET-PREVOST,
                            COLT & MOSLE LLP

                By: _____/s/ Theresa A. Foudy / DRM_____
                            Eliot Lauer
                            Theresa A. Foudy
                            Daniel R. Marcus
                            101 Park Avenue
                            New York, New York 10178-0061
                            Tel: (212) 696-6000
                            Fax: (212) 697-1559

                            Attorneys for Defendants

4253350v1