Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
   & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ERNEST GOTTDIENER, derivatively and on behalf of Nominal Defendant, TARRAGON CORPORATION,

                    Plaintiff,

                    v.

WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG, WILLIE K. DAVIS, LANCE LIEBMAN, LAWRENCE G. SCHAFRAN, RAYMOND V.J. SCHRAG, CARL B. WEISBROD, RICHARD S. FRARY, MARTHA E. STARK, ROBERT C. ROHDIE and ERIN D. PICKENS,

                    Defendants,

TARRAGON CORPORATION,

                    Nominal Defendant.

------------------------------------------------------------X

Case No. 07 Civ 9436 (PKC)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendant Willie K. Davis.

4253350v1

Dated: New York, New York
       February 4, 2008

                        CURTIS, MALLET-PREVOST,
                        COLT & MOSLE LLP

By: _____
       Eliot Lauer
       Theresa A. Foudy
       Daniel R. Marcus
       101 Park Avenue
       New York, New York  10178-0061
       Tel: (212) 696-6000
       Fax: (212) 697-1559

Attorneys for Defendants

4253350v1