UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X
ERNEST GOTTDIENER, Derivatively and on ) Civil Action No.: 07CV9436
Behalf of Nominal Defendant, TARRAGON, Inc. )
) ECF Case
Plaintiff, ) Judge Castel
)
vs. )
)
WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG, )
WILLIE K. DAVIS, LANCE LIEBMAN, LAWRENCE G. )
SCHAFRAN, V.J. SCHRAG, CARL B. WEISBROD, )
RICHARD S. FRARY, MARTHA E. STARK, ROBERT )
C. RHODIE, ERIN DAVIS PICKENS, )
)
Defendants. )
)
And )
)
TARRAGON CORPORATION, )
)
Nominal Defendant. )
-----------------------------------------X

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

That I am employed in the County of New York, New York; I am over the age of eighteen years, and not a party to or interest in the within action; my business address is 18 East 41st Street, New York, New York 10017, and that on March 5, 2008, I served the within:

**AMENDED STOCKHOLDER'S DERIVATIVE COMPLAINT**

by depositing a true copy thereof in a United States mailbox at New York, New York in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

That there is a regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March 2008, at New York, New York.

Executed on March 5, 2008 at New York, New York 10017.

By: _____
DORIS M. BOUCHER