Eliot Lauer
Theresa A. Foudy
Daniel R. Marcus
CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERNEST GOTTDIENER, Derivatively and on Behalf on Nominal Defendant TARRAGON CORPORATION,

           Plaintiff,

v.

WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG, WILLIE K. DAVIS, LANCE LIEBMAN, LAWRENCE G. SCHAFRAN, V.J. SCHRAG, CARL B. WEISBROD, RICHARD S. FRARY, MARTHA E. STARK, ROBERT C. ROHDIE, and ERIN DAVIS PICKENS,

           Defendants,

    and

TARRAGON CORPORATION,

           Nominal Defendant.
-----------------------------------------------------------------X

Civil Action No.
07 Civ. 9436 (PKC)

**NOTICE OF MOTION TO DISMISS AMENDED DERIVATIVE COMPLAINT**

Oral Argument Requested

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Theresa A. Foudy, dated March 7, 2008, the exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Defendants William S. Friedman, Robert P.

Rothenberg, Willie K. Davis, Lance Liebman, Lawrence G. Schafran, V.J. Schrag, Carl B. Weisbrod, Richard S. Frary, Martha E. Stark, Robert C. Rohdie, and Erin Davis Pickens, and nominal defendant Tarragon Corporation, will move this Court at United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 23.1, dismissing the Amended Shareholder Derivative Complaint of Plaintiff Ernest Gottdiener, derivatively and on behalf of Nominal Defendant Tarragon Corporation, for failure to state a claim and/or failure to plead demand futility with particularity, and granting any other fair and equitable relief as may be appropriate, including costs and attorney's fees.

Dated: New York, New York
       March 7, 2008

                                       Respectfully submitted,

                                       CURTIS, MALLET-PREVOST,
                                       COLT & MOSLE, LLP

                                       By: _/s/ Theresa A. Foudy_____
                                          Eliot Lauer
                                          Theresa A. Foudy
                                          Daniel R. Marcus
                                     101 Park Avenue
                                     New York, New York 10178-0061
                                     (212) 696-6000

                                     Attorneys for Defendants

To:   Joshua M. Lifshitz, Esq.
      Bull & Lifshitz LLP
      18 East 41st Street
      New York, NY 10017

      Attorney for Plaintiff