| FORM 4 | | |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549<br><br>STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Expires: January 31, 2008<br>Estimated average burden hours per response... 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **FRIEDMAN LUCY N**<br>(Last)  (First)  (Middle) | **TARRAGON CORP [ TARR ]**<br>3. Date of Earliest Transaction (MM/DD/YYYY) | __ Director       _X_ 10% Owner<br>__ Officer (give title below)  __ Other (specify below) |
| **1775 BROADWAY, 23RD FLOOR**<br>(Street) | 6/27/2005 | |
| | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **NEW YORK, NY 10019**<br>(City)  (State)  (Zip) | | _X_ Form filed by One Reporting Person<br>__ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| 10% Cumulative Preferred Stock | | | | | | | | 1000 | D | |
| Common Stock | | | | | | | | 8318555 | D | (1) |
| Common Stock | 6/27/2005 | | G | | 20000 | D | $23.55 | 3719998 | I | (2)(3) See Footnote |
| Common Stock | 6/27/2005 | | G | | 5000 | D | $23.55 | 3714998 | I | (2)(4) See Footnote |

### Table II - Derivative Securities Beneficially Owned ( *e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option | $4.70 | | | | | | | 12/17/1998 | 12/31/2008 | Common Stock | 170157 | | 170157 | I | (2) See Footnote |
| Stock Appreciation Right | $16.33 | | | | | | | 1/20/2005 | 1/19/2015 | Common Stock | 45000 | | 45000 | I | (2) See Footnote |

**Explanation of Responses:**

( 1 ) Also includes the following: 1,873,015 shares owned by Beachwold Partners, L.P., in which William S. Friedman is the general partner and Mrs. Friedman and their four children are the limited partners; 424,488 shares owned by Tarragon Capital Corp., of which Mr. Friedman and Mrs. Friedman are executive officers and directors; and 446,977 shares owned by Tarragon Partners, Ltd., of which Tarragon Capital Corp. is the general partner and Mr. Friedman and Mrs. Friedman are limited partners.

( 2 ) Held by William S. Friedman, spouse of Reporting Person.

( 3 ) Charitable gift of 20,000 shares of common stock to Brandeis University.

( 4 ) Charitable gift of 5,000 shares of common stock to Dominican Republic Education and Mentoring, Inc.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| FRIEDMAN LUCY N<br>1775 BROADWAY<br>23RD FLOOR<br>NEW YORK, NY 10019 | | X | | |

**Signatures**

| | |
| --- | --- |
| /s/ Kathryn Mansfield for Lucy N. Friedman | 6/28/2005 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.